IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREW E. McNEAL,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> v.      ) <br> ) <br> ALABAMA DEPARTMENT OF      ) <br> CORRECTIONS and ALABAMA      ) <br> DEPARTMENT OF CORRECTIONS      ) <br> TRAINING CENTER,      ) <br> ) <br> Defendants.      ) | CIVIL ACTION NO. <br> 2:23cv660-MHT <br> (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated at Staton Correctional Facility, filed this lawsuit asserting that persons working at the correctional facility tapped his phone and improperly shared false information about his personal life.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to obey court orders to file an amended complaint that complies with the court's instructions.  There are no objections

to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.*

An appropriate judgment will be entered.

DONE, this the 28th day of October, 2024.

                                           /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE

---

* The court notes a minor error in the report and recommendation: where the magistrate judge refers to the plaintiff's amended complaint filed on August 6, 2024, as Doc. 25, the correct citation is to Doc. 26. See Report and Recommendation (Doc. 29) at 4.

2